1  Paul Hupp
965 Hidden Oaks Drive
2  Beaumont, CA. 92223
Paulhupp@sdsualumni.org
3  (951) 769-1268
*In Propria Persona*
4

FILED AC
2008 FEB 26 PM 2:36
CLERK
U.S BANKRUPTCY CT
SO DIST OF CALIF

5  UNITED STATES BANKRUPTCY COURT

6  SOUTHERN DISTRICT OF CALIFORNIA

7
8  In re Hupp, Paul,           ) BK No.: 06-000198-JM7
                               ) Adv. Pro. No.: 06-90127-JM7
         Debtor,               )
9                              ) '08 CV 0414 J RBB
                               )
10                             ) **PLAINTIFF PAUL HUPP'S SECOND**
11 Paul Hupp,                  ) **SEPARATE STATEMENT OF**
                               ) **ELECTION ON APPEAL**
12       Plaintiff,            )
                               )
13    vs.                      ) Action Filed: February 8, 2006
                               ) Hon.: James W. Meyers
14 Educational Credit Management Corporation, ) Trial Date: January 17, 2008
         Defendant             )
15 _____   )

16                              I

17              Separate Statement of Election

18    Plaintiff Paul Hupp, *In Propria Persona*, files this Separate Statement of Election to have
19 his appeal heard by the District Court.

20    Dated this 25th day of February, 2008

21                          _____
22                          Paul Hupp
                            965 Hidden Oaks Drive
23                          Beaumont, CA. 92223
                            Paulhupp@sdsualumni.org
24                          (951) 769-1268
                            *In Propria Persona*
25                          *Appellant*