# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 6, 2008

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA 92223

RE:     Hupp v. Educational Credit Management Corporation
Bankruptcy Case Number:     06-000198-JM7

You are hereby notified that the above entitled case was on 03/03/08 transferred from the U.S. Bankruptcy Court to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initials of the assigned Judge. The case has been assigned to the Honorable Napoleon A. Jones and on all future filings please show the case number as 08-CV-414-J

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ A. Garcia
, Deputy Clerk

cc: Bankruptcy Court