Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*In Propria Persona*

FILED AC

2008 FEB 26 PM 2: 36

CLERK
U.S. BANKRUPTCY CT
SO DIST OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re Hupp, Paul,

    Debtor,

Paul Hupp,

    Plaintiff,

vs.

Educational Credit Management Corporation,
    Defendant

)
)  BK No.: 06-000198-JM7
)  Adv. Pro. No.: 06-90127-JM7
)
)  '08 CV 0414 J RBB
)
)  **PLAINTIFF PAUL HUPP'S SECOND**
)  **REQUEST FOR CERTIFICATION FOR**
)  **DIRECT APPEAL TO THE 9TH CIRCUIT**
)  **COURT OF APPEALS**
)
)
)  Action Filed: February 8, 2006
)  Hon.: James W. Meyers
)  Trial Date: January 17, 2008
)

    Plaintiff Paul Hupp, *In Propria Persona*, hereby requests certification from this court under 28 USC §158 (d)(2)(A) for direct appeal to the 9th Circuit Court of Appeals. This appeal arises under 28 USC §158 (d)(2). It involves a question of law of first impression nationwide as to which there is no controlling decision from the Supreme Court of the Unites States or the 9th Circuit Court of Appeals. Furthermore, it involves a matter of <u>public policy</u>, specifically, the public's health, safety and welfare are at issue and therefore is of public importance.

    The summary judgment motion and trial, on which this appeal is based, were heard on November 29, 2007 and January 17, 2008. An order was entered on January 9th, 2008 denying

plaintiff's summary judgment, and an order was entered on February 25, 2008 denying plaintiff relief and remedy at trial.

A notice of appeal has been filed in the above referenced adversary proceeding regarding these issues. These issues include, but are not limited to, constitutional violations of;

1. Substantive Due Process
2. Procedural Due Process
3. Equal Protection
4. Government Misconduct
5. Loan Holder Misconduct
6. Excessive Fines
7. Vague, Ambiguous and Over Broadness
8. Unconscionable Contract
9. No Statute of Limitations

Dated this 25th day of February, 2008

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*In Propria Persona*
*Appellant*

Answer, CrtNote, MiscTick, AwaitClo, Appeal

# U.S. Bankruptcy Court
## Southern District of California (San Diego)
## Adversary Proceeding #: 06-90127-JM
Internal Use Only

*Assigned to:* Judge James W. Meyers  
*Related BK Case:* 06-00198  
*Related BK Title:* Paul Hupp  
*Related BK Chapter:* 7  
*Demand:* $60000  
*Nature[s] of Suit:* 426 Dischargeability 523  

*Date Filed:* 02/08/06

### Plaintiffs
---

**Paul Hupp**  
965 Hidden Oaks Drive  
Beaumont, CA 92223  
SSN: 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  

represented by **Paul Hupp**  
PRO SE

V.

### Defendant
---

**Educational Credit Management Corporation**

represented by **Timothy Burke**  
Timothy P. Burke & Associates  
1136 Fremont Ave, Ste 108  
South Pasadena, CA 91030  
(626) 799-8902  
Fax : (626) 799-8912  
Email: Tburke@tpblaw.com  
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/09/2008 | 190 | Order (related documents 189 Objection, 188 Notice of Lodgment of Order, ) signed on 1/9/2008. (Schmitt, T.) (Entered: 01/09/2008) |
| 01/10/2008 | 191 | Trial Documents *Brief* filed by Timothy Burke, Educational Credit Management Corporation on behalf of Educational Credit Management Corporation. (related documents 187 Trial Documents) (Schmitt, T.) (Entered: 01/10/2008) |
| 01/14/2008 | 192 | Request for Judicial Notice *(Ex. 1-11)* filed by Timothy Burke of Timothy P. Burke & Associates on behalf of Educational Credit Management Corporation. (Attachments: # 1 Exhibit 12-14) (Schmitt, T.) (Entered: 01/14/2008) |
| 01/16/2008 | 193 | *Paul Hupp* Reply *Request to Strike ECMC Trial Brief, Opposition to Plainrtiff's Raising of Constitutional law issues at Trial* (related documents 191 Trial Documents) filed by Paul Hupp Paul Hupp. (Duran, K.) (Entered: 01/16/2008) |
| 01/17/2008 | 194 | **Minute Order. Hearing DATE: 01/17/2008, MATTER: TRIAL. DISPOSITION: See Attached PDF document for details.** (vCal Hearing ID (56074)). (related documents 153 Notice of Hearing and Motion, ) (Pearson, M.) (Entered: 01/17/2008) |
| 01/22/2008 | 195 | Request for Judicial Notice filed by Paul Hupp Paul Hupp. (related documents 194 Minute Order) (Schmitt, T.) (Entered: 01/23/2008) |
| 02/12/2008 | 196 | Notice of Entry of Order (related documents 190 Order) (Schmitt, T.) (Entered: 02/12/2008) |

| 02/25/2008 | 197 | Memorandum Decision (related documents 194 Minute Order) signed on 2/25/2008. (Schmitt, T.) (Entered: 02/25/2008) |
|---|---|---|
| 02/25/2008 | 198 | Final Order from BAP SC-07-1453. ; Disposition: DISMISSED (Jackson-Walker, Vicky) (Entered: 02/25/2008) |
| 02/26/2008 | 199 | Notice of Direct Appeal. BK Appeal No. 2 Fee Amount $ 255 (related documents 190 Order) filed by Paul Hupp. Appeal Designation Due By: 3/7/2008. Statement of Issues Due By: 3/7/2008. Appellee Designation Due By: 3/17/2008. Record Transmission due by 4/11/2008, (Herbold, K.) Modified on 2/27/2008 (Herbold, K.). (Entered: 02/27/2008) |
| 02/26/2008 | 201 | Election for Appeal to be Heard by District Court. BK Appeal No: 2. (related documents 199 Notice of Appeal, ) filed by Paul Hupp. (Herbold, K.) (Entered: 02/27/2008) |
| 02/26/2008 | 202 | Designation of Record On Appeal. BK Appeal No: 2 (related documents 199 Notice of Appeal, ) filed by Paul Hupp. (Herbold, K.) (Entered: 02/27/2008) |
| 02/26/2008 | 203 | Statement of Issues on Appeal. BK Appeal No: 2 (related documents 199 Notice of Appeal, ) filed by Paul Hupp. (Herbold, K.) (Entered: 02/27/2008) |
| 02/26/2008 | 204 | Request for Certification to Court of Appeals. BK Appeal No: 2; filed by Paul Hupp. (Herbold, K.) Modified on 2/27/2008 (Herbold, K.). (Entered: 02/27/2008) |
| 02/26/2008 | 205 | *9th Circuit Civil Appeals Docketing Statement* BK Appeal No: 2. (related documents 199 Notice of Appeal, ) filed by Paul Hupp. (Herbold, K.) |

| | | (Entered: 02/27/2008) |
|---|---|---|
| 02/26/2008 | 206 | Request for Production of Transcript on Appeal. BK Appeal No: 2. filed by Paul Hupp. Transcript(s) on Appeal due by 3/27/2008, (Herbold, K.) (Entered: 02/27/2008) |
| 02/26/2008 | 207 | Proof of Service (related documents 204 Motion for Certification to Court of Appeals, 205 Appeal Document, 202 Designation of Record, 199 Notice of Appeal,, 201 Election for Appeal to be Heard by District Court, 206 Request for Production of Transcript on Appeal, 203 Statement of Issues on Appeal) filed by Paul Hupp. (Herbold, K.) (Entered: 02/27/2008) |
| 02/26/2008 | 208 | *Plaintiff Paul Hupp's Second Ex-Parte Motion for continued waiver of all fees and costs on appeal pursuant to title 28 U.S.C. 1915 (In Forma Pauperis); Points and Authorities and Declaration of Paul Hupp In Support Thereof* filed by Paul Hupp (Herbold, K.) (Entered: 02/27/2008) |
| 02/26/2008 | 200 | Notice of Referral of Appeal to the Bankruptcy Appellate Panel with service of Notice of Appeal. BK Appeal No: 2 (Attachments: # 1 Transmittal Memorandum) (related documents 199 Notice of Appeal, ) (Herbold, K.) (Entered: 02/27/2008) |

ENTERED Jan 9, 08

FILED

JAN - 9 2008

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | Bankruptcy No. 06-00198-M7 |
|---|---|
| PAUL HUPP, | Adversary No. 06-90127-M7 |
| Debtor. | |
| PAUL HUPP, | |
| Plaintiff, | |
| v. | ORDER |
| EDUCATIONAL CREDIT MANAGEMENT CORP., | |
| Defendant. | |

After review of the proposed order lodged by Timothy Burke on December 31, 2007, and the objection filed by Paul Hupp on January 2, 2008, the Court issues this Order in lieu of the proposed order lodged by Mr. Burke.

After a hearing on November 29, 2007, and for the reasons stated orally on the record;

IT IS ORDERED that:

1) Intervenor United States of America's Motion to Strike Plaintiff's supplemental omnibus brief is granted;

2) Plaintiff's Motion for Summary Judgment is denied;

3) Trial in this proceeding is scheduled to begin at 10:00 a.m. on January 17, 2008. The trial is limited to the issue of undue hardship under 11 U.S.C. § 523(a)(8). Plaintiff bears the burden to prove that excepting the debt he owes to Defendant from his discharge would impose an undue hardship on the Plaintiff as that term has been defined by relevant case law in this Circuit.

4) Plaintiff and Defendant shall meet and confer by December 14, 2007, and file and exchange trial briefs, witness and exhibit lists and statements of issues by January 10, 2008.

Dated: JAN 0 9 2008

JAMES W. MEYERS, Judge
United States Bankruptcy Court

CSD 1195 [12/04/00]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re   Bankruptcy No. 06-00198-M7, 06-90127-M7

### CERTIFICATE OF MAILING

The undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

### ORDER

was enclosed in a sealed envelope bearing the lawful frank of the bankruptcy judges and mailed to each of the parties at their respective addresses listed below:

PAUL HUPP, 965 Hidden Oaks Drive, Beaumont, Ca. 92223
Timothy Burke, 1136 Fremont Avenue, Suite 108, So. Pasadena, Ca. 91303,

Said envelope(s) containing such document was deposited by me in a regular United States Mail Box in the City of San Diego, in said District on 1/9/08.

_____, Deputy Clerk
Marcia Pearson

CSD 1195