**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620            FAX: (619) 557-5536

FILED
2008 APR -2 AM 9:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**TRANSMITTAL OF BANKRUPTCY MATTERS**

[ x ]    CASE NO. 06-198-M7 YNH

[ x ]    ADV. NO. 06-90127

[ x ]    USDC NO. 08-cv-414-H-RBB

DEPUTY

TO:    CLERK, UNITED STATES DISTRICT COURT

The attached is forwarded for your disposition as indicated below:

[ ]    A.    For Assignment of Judge (no judge previously assigned):
           [ ]    Motion for Stay Pending Appeal
           [ ]    Motion for Leave to Appeal
           [ ]    Motion for Withdrawal of Reference of Bankruptcy case
           [ ]    Motion/Certificate of Contempt
           [ ]    Motion for Abstention and Remand

[ ]    B.    For Assignment of Judge and Case Number by Clerk's Office:
           [ ]    Transmittal of Withdrawal of Reference of Adversary Proceedings (Complaints)

[ ]    C.    For Transmittal to Judge _____
         Matter previously assigned to a related matter. Your Case Number _____

[ X ]    D.    For Filing:
           [ X ]    Matter previously assigned. Your Case Number 08CV414-H-RBB
           [ ]    Transmittal of Record on Appeal
           [ ]    Transmittal of Unperfected Appeal
           [ ]    Transmittal of Supplemental Record on Appeal
           [ X ]    Other: Ex Parte Motion for Continued Waiver of all Fees and Costs on Appeal, Ninth Circuit Civil Appeals Docketing Statement

Please return a copy of this transmittal sheet to the Bankruptcy Court indicating the Judge assigned and Case Number, if any assigned.

JUDGE n/a _____      CIV. NO. n/a _____

Thank you.

DATED: 4/1/08            Barry K. Lander, Clerk

By: _____, Deputy Clerk

**ORIGINAL**

CSD 1259

A-11 (rev. 5/00)                                                                    Page 1 of 2



| Form 6. Civil Appeals Docketing Statement | USCA DOCKET # (IF KNOWN) |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: USBC, So. Dist.   JUDGE: James W. Meyers |
|---|---|
| In Re Hupp, Paul | DISTRICT COURT NUMBER: BK #: 06-00198, AP #06-90127 |
| Paul Hupp v. Educational Credit Management Corporation | DATE NOTICE OF APPEAL FILED: 2/25/2008   IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Constitutional challenges to Title 11 U.S.C. Section 523(a)(8) and Title 20 U.S.C. Section 1091a

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Constitutionality of Title 11 U.S.C. Section 523(a)(8) and Title 20 U.S.C. Section 1091a

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION | | | Page 2 of 2 |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☑ FEDERAL QUESTION ☐ DIVERSITY ☐ OTHER (SPECIFY): | ☑ FINAL DECISION OF DISTRICT COURT ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): ☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT ☐ DISMISSAL/JURISDICTION ☐ DISMISSAL/MERITS ☑ SUMMARY JUDGMENT ☐ JUDGMENT/COURT DECISION ☑ JUDGMENT/JURY VERDICT ☐ DECLARATORY JUDGMENT ☐ JUDGMENT AS A MATTER OF LAW ☐ OTHER (SPECIFY): | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ ☑ INJUNCTIONS: ☐ PRELIMINARY ☑ PERMANENT ☐ GRANTED ☑ DENIED ☑ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ ☐ PENDING ☑ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE NOT ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2). ✓
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25. ✓
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, ✓ INCLUDING DISMISSAL OF THIS APPEAL.

_____   2/25/08
Signature                       Date

## COUNSEL WHO COMPLETED THIS FORM

| NAME: | Paul Hupp |
|---|---|
| FIRM: | Pro Se Plaintiff |
| ADDRESS: | 965 Hidden Oaks Drive, Beaumont, CA. 92223 |
| E-MAIL: | Paulhupp@sdsualumni.org |
| TELEPHONE: | (951) 769-1268 |
| FAX: | N/A |

• THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL•
• IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS•

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*In Propria Persona*

FILED AC
2008 FEB 26 PM 2:36
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Hupp, Paul,<br><br>    Debtor,<br><br>Paul Hupp,<br><br>    Plaintiff,<br><br>vs.<br><br>Educational Credit Management Corporation,<br>    Defendant | BK No.: 06-000198-JM7<br>Adv. Pro. No.: 06-90127-JM7<br><br>**PLAINTIFF PAUL HUPP'S SECOND EX PARTE MOTION FOR CONTINUED WAIVER OF ALL FEES AND COSTS ON APPEAL PURSUANT TO TITLE 28 U.S.C. § 1915 (IN FORMA PAUPERIS); POINTS AND AUTHORITIES AND DECLARATION OF PAUL HUPP IN SUPPORT THEREOF**<br><br>Action Filed: February 8, 2006<br>Hon.: James W. Meyers<br>Trial Date: January 17, 2008 |

I

Introduction

Plaintiff Paul Hupp, *In Propria Persona*, files this motion for <u>continued</u> waiver of all fees and costs that relate to this adversary proceeding appeal pursuant to Title 28 U.S.C. § 1915.

Plaintiff Paul Hupp filed for a fee waiver on February 8, 2006. Plaintiff Paul Hupp was <u>granted</u> In Forma Pauperis status waiving all bankruptcy petition-filing fees (February 8, 2006). Plaintiff Paul Hupp was also granted In Forma Pauperis status when he filed his adversary proceeding complaint, waiving all filing fees (February 8, 2006). Plaintiff Paul Hupp's financial condition and situation has not changed since the filing and granting of the In Forma Pauperis status, and is entitled to continued waiver of all costs and fees.

## II

### POINTS AND AUTHORITES IN SUPPORT OF CONTINUED FEE WAIVER

The Bankruptcy Court granted Mr. Hupp In Forma Pauperis status on February 8, 2006. This entitled plaintiff to waiver of all filing fees for bankruptcy petitions and the adversary proceeding complaint.

If having already been granted In Forma Pauperis status, such status must be granted for the entire action, including any appeal, as a court cannot grant In Forma Pauperis status on a claim-by-claim basis. <u>Hooker v. American Airlines</u>, 302 F.3d 1091, 1092 (9th Cir. 2002).

All appeal costs that arise under In Forma Pauperis status, including transcripts, are included. Authority- Title 28 U.S.C. § 1915 (c)(1)(2)(3) and Title 28 U.S.C. § 753(f)-"The Court Reporter Act".

## III

### DECLARATION OF PAUL HUPP SUPPORTING IN FORMA PAUPERS STATUS

1. I am the Plaintiff/Appellant in this action, appearing in propria persona.
2. I am unemployed and have no income, housing, transportation or healthcare.
3. This appeal involves constitutional questions (Title 11 USC § 523 (a)(8) and Title 20 USC § 1091a) of first impression nationwide.
4. I am entitled to address these issues at the appellate level to determine their constitutionality (Title 11 U.S.C. § 523 (a)(8) and Title 20 USC § 1091a).
5. I will provide any and all documentation that the court requires to verify my status.
6. I have included in this brief a current and completed Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis Application/Declaration- Form #4- 9th Circuit Court of Appeals (attached to, made a part of and by this reference incorporated into this brief as Exhibit #1).

## VERIFICATION

I, Paul Hupp, do hereby declare under penalty of perjury of the laws of the State of California and of the United States, that the above listed statements are within my personal knowledge, the statements are true and correct to the best of my knowledge, that all attached exhibits, if any, are true and correct copies of the originals which are in my personal possession, and if called upon to testify to such statements in a court of law of competent jurisdiction, I would and could competently testify to all such statements.

Dated this 25th day of February, 2008

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*In Propria Persona*
*Appellant*

-3-   Paul Hupp
      In Forma Pauperis Motion

# Exhibit #1

Form 4.    Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for ~~BANKRUPTCY~~ SOUTHERN District of CALIFORNIA

PAUL HUPP
A.B., Plaintiff

v.

EDUCATIONAL CREDIT MANAGEMENT CORP.
C.D., Defendant

06 - 00198 - BK CASE

Case No.: 06 - 90127 - AP. PRO.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)  Signed: _Paul Hupp_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: 2/25/08 |

My issues on appeal are:

(e)   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

- 1 -

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment UNEMPLOYED | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ N/A | $ | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance FOOD STAMPS (such as welfare) | $ 140.00 | $ | $ | $ |
| Other (specify) _____ | $ | $ | $ | $ |
| Total monthly income: | $ 140.00 | $ | $ | $ |

2. List your employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| TSA | SAN DIEGO | 2/2004 → 3/2004 | $1,000.00 |
| KID'S COUNTRY | DANVILLE, CA | 10/2000 → 12/2000 | $1,000.00 |
| SWEETWATER | CHULA VISTA, CA | 2/2000 → 6/2000 | $1,300.00 |
| UNION H.S. DISTRICT | | | |

-2-

3. List your spouse's employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | N A | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| O | O | O | O |
| | | | |
| | | | |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other real estate | Value |
|---|---|---|---|
| O | O | O | O |
| | | | |
| | | | |

| Motor Vehicle 1 | Value | Make & Year | Model | Registration # |
|---|---|---|---|---|
| NISSAN TRUCK | 750 00 | 86 P/U | | |
| Motor Vehicle 2 | Value | Make & Year | Model | Registration # |
| | | | | |

- 3 -

| Other Assets | Value |
|---|---|
| 0 | 0 |
| | |
| | |

6. State every person, business, or organization owing you of your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | N/A |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Various family members | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly are.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>• Are real estate taxes included? Yes / No<br>• Is property insurance included? Yes / No  Rent | $ 750.00 | $ |
| Utilities (electricity, heating fuel, water, sewer and telephone) | 100.00 | |
| Home maintenance (repairs & upkeep) | 0 | |
| Food | 140.00 | N/A |
| Clothing | 100.00 | |
| Laundry and dry-cleaning | 0 | |
| Medical and dental expenses | 750.00 | |
| Transportation (not including motor vehicle payments) | 600.00 | |
| Recreation, entertainment, newspapers, magazines, etc. | 20.00 | |

- 4 -

| | | |
|---|---|---|
| Insurance (not deducted from wages or included in Mortgage payments)<br>• Homeowner's or renter's<br>• Life<br>• Health<br>• Motor Vehicle<br>• Other: _____ | 0 | |
| Taxes (not deducted from wages or included in Mortgage payments)<br>(Specify: _____ ) | 0 | NA |
| Installment payments<br>• Motor Vehicle<br>• Credit card (name):<br>• Department Store (name):<br>• Other: _____ | 0 | |
| Alimony, maintenance, and support paid to others | 0 | |
| Regular expenses for operation of business, profession, or farm (attache detailed statement) | 0 | |
| Other (specify): ___EMERGENCY___ | 100 ⁰⁰ | |
| **Total Monthly Expenses:** | 2560 ⁰⁰ | |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   _____ Yes   __X__ No

   If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?

    _____ Yes   __X__ No

    If yes, how much? $_____
    If yes, state the attorney's name, address, and telephone number.

    _____
    _____
    _____

- 5 -

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    _____ Yes        \_\_\_X\_\_\_ No

    If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number.

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    CANNOT PAY FOR BASIC NECESSITIES FOOD CLOTHING HOUSING SHELTER MEDICAL CARE

13. State the address of your legal residence.

    965 HIDDEN OAKS DR. BEAUMONT CA 92223

    PO BOX 91 SOLANA BCH, CA. 92075

Your daytime phone number: (951) 769-1268

Your age: 46    Your years of schooling: _____

Your social security number: 564 04 9064

- 6 -