# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620

FAX: (619) 557-5536

F I L E D

08 APR -3 PM 2: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## TRANSMITTAL OF BANKRUPTCY MATTERS

[ X ]  BY CASE NO. 06-198-M7

[ X ]  ADV. NO. 06-90127-M7

[ X ]  USDC NO. 08-cv-414-H-RBB

TO:    CLERK, UNITED STATES DISTRICT COURT

The attached is forwarded for your disposition as indicated below:

[ ]  A.  For Assignment of Judge (no judge previously assigned):
    [ ]  Motion for Stay Pending Appeal
    [ ]  Motion for Leave to Appeal
    [ ]  Motion for Withdrawal of Reference of Bankruptcy case
    [ ]  Motion/Certificate of Contempt
    [ ]  Motion for Abstention and Remand

[ ]  B.  For Assignment of Judge and Case Number by Clerk's Office:
    [ ]  Transmittal of Withdrawal of Reference of Adversary Proceedings (Complaints)

[ ]  C.  For Transmittal to Judge _____
    Matter previously assigned to a related matter.  Your Case Number _____

[ X ]  D.  For Filing:
    [ ]  Matter previously assigned.  Your Case Number 06-90127-M7
    [ ]  Transmittal of Record on Appeal
    [ ]  Transmittal of Unperfected Appeal
    [ ]  Transmittal of Supplemental Record on Appeal
    [ X ]  Other: *Order Denying Plaintiff's Second Request for Certification Without Prejudice*

Please return a copy of this transmittal sheet to the Bankruptcy Court.

    Thank you.

DATED: 4/2/08

    Barry K. Lander, Clerk

    By: _____, Deputy Clerk

**FILE COPY**

CSD 1259

```
ENTERED  4/2/08
         FILED

      APR - 2 2008

CLERK, US BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | Bankruptcy No. 06-00198-M7 |
|---|---|
| PAUL HUPP, | Adversary No. 06-90127-M7 |
| Debtor. | |

| PAUL HUPP, | |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S SECOND |
| EDUCATIONAL CREDIT MANAGEMENT CORP., | REQUEST FOR CERTIFICATION WITHOUT PREJUDICE |
| Defendant. | |

After review of the Plaintiff's Second Request for Certification for Direct Appeal to the 9th Circuit Court of Appeals ("Request"), and the Declaration of Service of the Request ("Declaration"), both filed on February 26, 2008, the Court finds that the Request does not comply with the requirements of Fed.R.Bankr.P. 8001(f). The Request does not include the information required by Fed.R.Bankr.P. 8001(f)(3)(C).

1

1    In addition, the Declaration does not indicate that the Request

2  was served on the attorney for the United States of America.  By an

3  Order dated April 24, 2007, the United States was granted leave to

4  intervene in accordance with 28 U.S.C. § 2403(a), to present argument

5  on the questions of the constitutionality of 11 U.S.C. § 523(a)(8).

6  For these reasons;

7    IT IS ORDERED THAT:

8    1) Plaintiff's Request is denied without prejudice;

9    2) If Plaintiff files a further Request for Certification and

10  serves all parties to this proceeding, the Court asks the United

11  States to file a response or a cross-request within 14 days after the

12  notice of request is served.

13  Dated:  APR 0 2 2008

15                                   JAMES W. MEYERS, Judge
                                     United States Bankruptcy Court

2

CSD 1195 [05/01/94]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In re   Bankruptcy Case No(s).     06-00298-M7
         Adversary No(s).            06-90127-M7

## CERTIFICATE OF MAILING

The undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

### Order Continuing Hearings

was enclosed in a sealed envelope bearing the lawful frank of the bankruptcy judges and mailed to each of the parties at their respective addresses listed below:

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA 92223

John Reed Clay, Jr.
U.S. Department of Justice
1100 L Street NW, Rm. 10038
        Washington, D.C. 20005

Timothy Burke
Timothy P. Burker & Associates
1136 Fremont Ave., Ste. 108
South Pasadena, CA 91030

Said envelope(s) containing such document was deposited by me in a regular United States Mail Box in the City of San Diego, in said District on April 2, 2008.

_____
Molly Dishman
Judicial Assistant to the Honorable James W. Meyers

CSD 1195