Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

**NUNC PRO TUNC**
APR 0 7 2008

FILED
08 APR 11 AM 11: 20
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| Paul Hupp,<br><br>  Plaintiff, Appellant<br><br>vs.<br><br>Educational Credit Management Corporation,<br>  Defendant, Appellee | ) Case No.: 08-cv-00414-H<br>) {BK No.: 06-00198-JM7}<br>) {Adv. Pro. No.: 06-90127-JM7}<br>)<br>) PLAINTIFF PAUL HUPP'S ~~MOTION~~ FOR<br>) EXTENSION OF TIME TO PERFECT<br>) BANKRUPTCY APPEAL<br>)<br>) Action Filed: March 3, 2008<br>) Hon.: Marilyn Huff<br>) Hearing Date: May 5, 2008<br>) Time: 10:30AM<br>) Dept.: Courtroom13, 5th Floor |

I.
Introduction

This appeal arises from an Adversary Proceeding ("AP") commenced by Paul Hupp ("Mr. Hupp", "Plaintiff") on February 8, 2006 in the United States Bankruptcy Court for the Southern District of California.

On February 25, 2008 Plaintiff had an adverse ruling entered in his AP and filed an appeal on February 25, 2008. Issues regarding the production of Mr. Hupp's "Designation of the Record" are still unresolved, and as such Mr. Hupp cannot produce the items listed in his

1  "Designation of the Record" in time to meet the April 11, 2008 deadline for perfecting the record
2  on appeal.

## II.
## Argument

Without the required documents and papers listed in Mr. Hupp's "Designation of the Record" he cannot properly prepare his appeal.

Since these issues were/are beyond Mr. Hupp's control it would be unfair to hold him to the April 11, 2008 deadline date.

The issues being appealed include numerous constitutional challenges of first impression not only in the 9th Circuit, but nationwide. The issues are very serious in nature concerning the health, safety and welfare of the general public, as such the deadline to perfect the record should be extended.

## III.
## Conclusion

Mr. Hupp respectfully asks this court to extend the deadline for perfecting his appeal, based on the serious constitutional issues involved, until May 26, 2008.

_____
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

## DECLARATION OF SERVICE

I, Aristea Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My address is P.O. Box 91 Solana Beach, CA. 92075
4. I served a true and correct copy of THE FOLLOWING;

Plaintiff Paul Hupp's

1. PLAINTIFF PAUL HUPP'S MOTION FOR EXTENSION OF TIME TO PERFECT BANKRUPTCY APPEAL
2. PLAINTIFF PAUL HUPP'S MOTION FOR CERTIFICATION FOR DIRECT APPEAL TO THE 9TH CIRCUIT COURT F APPEALS; OR ALTERNATIVELY LEAVE TO FILE INTERLOCUTORY APPEAL

ADDRESSED TO;

Mr. Timothy P. Burke, Esq.
Timothy P. Burke and Associates
1136 Fremont Street
Suite 108
South Pasadena, California 91030

U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

By placing said document into the United States Postal Service at Beaumont, CA. with the postage fully prepaid on;

Thursday, April 03, 2008

EXECUTED ON:

Thursday, April 03, 2008
I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.

Declarant-Aristea Hupp_____ /s/ AH