Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

NUNC PRO TUNC
APR 0 7 2008

FILED
08 APR 11 AM 11: 21
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Paul Hupp,

    Plaintiff, Appellant

vs.

Educational Credit Management Corporation,

    Defendant, Appellee

) Case No.: 08-cv-00414-H
)
) {BK No.: 06-00198-JM7}
) {Adv. Pro. No.: 06-90127-JM7}
)
)
) PLAINTIFF PAUL HUPP'S EX PARTE
) MOTION FOR APPROVAL OF *IN FORMA*
) *PAUPERIS* APPLICATION
)
)
) Action Filed: March 3, 2008
) Hon.: Marilyn Huff
) Hearing Date: May 5, 2008
) Time: 10:30AM
) Dept.: Courtroom 13, 5th Floor
)

I.
Introduction

This appeal arises from an Adversary Proceeding ("AP") commenced by Paul Hupp ("Mr. Hupp", "Plaintiff") on February 8, 2006 in the United States Bankruptcy Court for the Southern District of California.

Plaintiff filed and received approval of an *In Forma Pauperis* ("IFP") application in that matter on February 8, 2006.

On February 25, 2008 Plaintiff had an adverse ruling entered in his AP and filed an appeal on February 26, 2008. Included in that appeal was a continued request for IFP status to pay for all fees on appeal, including transcript costs (BK Docket #208).

## II.
## Argument

Once an IFP application has been granted and no changes have occurred in the financial status of the applicant, then that IFP status must be maintained throughout the entire action, including any appeal.

The Bankruptcy Court granted Mr. Hupp IFP status on February 8, 2006. This entitled plaintiff to waiver of all filing fees for bankruptcy petitions and the adversary proceeding complaint.

If having already been granted In Forma Pauperis status, such status must be granted for the entire action, including any appeal, as a court cannot grant In Forma Pauperis status on a claim-by-claim basis. Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).

All appeal costs that arise under In Forma Pauperis status, including transcripts, are included. Authority- Title 28 U.S.C. § 1915 (c)(1)(2)(3) and Title 28 U.S.C. 753(f) "The Court Reporter Act".

## III.
## Conclusion

Mr. Hupp respectfully asks this court to approve his continued request for IFP status and issue two (2) orders to perfect his appeal;

1) An order directing the production of transcripts to the court reporter;

2) An order directing the production of Designation of Record to the bankruptcy clerk.

1      Mr. Hupp is ready, willing and able to provide to the court any documentation or other
2  evidence to support such a ruling and related orders.

*Paul Hupp* (signature)
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

## DECLARATION OF SERVICE

I, Aristea Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My address is P.O. Box 91 Solana Beach, CA. 92075
4. I served a true and correct copy of THE FOLLOWING;

Plaintiff Paul Hupp's

1. PLAINTIFF PAUL HUPP'S EX PARTE MOTION FOR APPROVAL OF *IN FORMA PAUPERIS* APPLICATION

ADDRESSED TO;

U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

By placing said document into the United States Postal Service at Beaumont, CA. with the postage fully prepaid on;

Thursday, April 03, 2008

EXECUTED ON:

Thursday, April 03, 2008
I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.

Declarant-Aristea Hupp_____