## DECLARATION OF SERVICE

FILED

08 APR 15 AM 9:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**NUNC PRO TUNC**
APR 08 2008

I, Aristea Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My address is P.O. Box 91 Solana Beach, CA. 92075
4. I served a true and correct copy of THE FOLLOWING;

Plaintiff Paul Hupp's

1. PLAINTIFF PAUL HUPP'S POINTS AND AUTHORITIES FOR CERTIFICATION FOR DIRECT APPEAL TO THE 9TH CIRCUIT COURT OF APPEALS; OR ALTERNATIVELY LEAVE TO FILE INTERLOCUTORY APPEAL

ADDRESSED TO;

Mr. Timothy P. Burke, Esq.
Timothy P. Burke and Associates
1136 Fremont Street
Suite 108
South Pasadena, California 91030

By placing said document into the United States Postal Service at Beaumont, CA. with the postage fully prepaid on;

Saturday, April 05, 2008

EXECUTED ON:

Saturday, April 05, 2008
I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.

Declarant-Aristea Hupp _____