## DECLARATION OF SERVICE

I, Aristea Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My address is P.O. Box 91 Solana Beach, CA. 92075
4. I served a true and correct copy of THE FOLLOWING;

Plaintiff Paul Hupp's

1. PLAINTIFF PAUL HUPP'S MOTION FOR CERTIFICATION FOR DIRECT APPEAL TO THE 9TH CIRCUIT COURT F APPEALS; OR ALTERNATIVELY LEAVE TO FILE INTERLOCUTORY APPEAL
2. PLAINTIFF PAUL HUPP'S POINTS AND AUTHORITIES FOR CERTIFICATION FOR DIRECT APPEAL TO THE 9TH CIRCUIT COURT OF APPEALS; OR ALTERNATIVELY LEAVE TO FILE INTERLOCUTORY APPEAL

ADDRESSED TO:

John Reed Clay, Jr.
U.S. Department of Justice
1100 L Street, NW, RM. 10038
Washington, D.C. 20005

By placing said document into the United States Postal Service at Beaumont, CA. with the postage fully prepaid on;

Saturday, April 05, 2008

EXECUTED ON:

Saturday, April 05, 2008
I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.

Declarant-Aristea Hupp

FILED
08 APR 15 AM 9:18
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY

**NUNC PRO TUNC**
APR 0 8 2008