## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620                                          FAX: (619) 557-5536

*FILED*
08 APR 16 PM 2: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: G                     DEPUTY

### TRANSMITTAL OF BANKRUPTCY MATTERS

[ x ]  CASE NO. 06-198-M7

[ x ]  ADV. NO. 06-90127

[ x ]  USDC NO. 08CV414-H-RBB

TO:     CLERK, UNITED STATES DISTRICT COURT

The attached is forwarded for your disposition as indicated below:

[ ]  A.  For Assignment of Judge (no judge previously assigned):
    [ ]  Motion for Stay Pending Appeal
    [ ]  Motion for Leave to Appeal
    [ ]  Motion for Withdrawal of Reference of Bankruptcy case
    [ ]  Motion/Certificate of Contempt
    [ ]  Motion for Abstention and Remand

[ ]  B.  For Assignment of Judge and Case Number by Clerk's Office:
    [ ]  Transmittal of Withdrawal of Reference of Adversary Proceedings (Complaints)

[ ]  C.  For Transmittal to Judge _____
    Matter previously assigned to a related matter.  Your Case Number _____

[ X ]  D.  For Filing:
    [ X ]  Matter previously assigned.  Your Case Number 08-414-H-RBB
    [ ]  Transmittal of Record on Appeal
    [ ]  Transmittal of Unperfected Appeal
    [ ]  Transmittal of Supplemental Record on Appeal
    [ X ]  Other: *Items Designated by United States ("Appellee") for the Record on Appeal*

Please return a copy of this transmittal sheet to the Bankruptcy Court indicating the Judge assigned and Case Number, if any assigned.

JUDGE N/A _____     CIV. NO. N/A _____

Thank you.

DATED: 4/16/08

Barry K. Lander, Clerk

By: _Kurt Herzog_ , Deputy Clerk

# ORIGINAL

CSD 1259

1  J. REED CLAY, JR.
   Trial Attorney
2  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
3  J. CHRISTOPHER KOHN
   TRACY J. WHITAKER
4  1100 L Street NW
   Rm. 10038
5  Washington, DC 20005
   (202) 307-0958
6
   Corporate / Financial Litigation Section
7  Commercial Litigation Branch
   Civil Division
8  U.S. Department of Justice
   P.O. Box 875
9  Ben Franklin Station
   Washington, DC 20044
10
   Attorneys for:
11 UNITED STATES OF AMERICA

12            UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF CALIFORNIA
13
   In re:                          )   Case No. 06-00198-M7
14                                  )   Adv. No. 06-90127-M7
   PAUL HUPP,                       )
15                                  )   **ITEMS DESIGNATED BY UNITED**
              Debtor.               )   **STATES ("APPELLEE") FOR THE**
16                                  )   **RECORD ON APPEAL**
                                    )
17                                  )
   _____    )
18                                  )
   PAUL HUPP,                       )
19                                  )
              Plaintiff,            )
20                                  )
   v.                               )
21                                  )
   EDUCATIONAL CREDIT               )
22 MANAGEMENT CORPORATION,          )
                                    )
23            Defendant.            )
   _____    )
24
25
26
27
28

ENTERED
FILED
MAR 17 2008
CLERK, US BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

CSD 3005 [06/30/04]
Name, Address, Telephone No. & I.D. No.

**J. Reed Clay, Jr.**
**1100 L Street NW**
**Rm. 10038**
**Washington, DC 20005-4035**
**(202) 307-0958**

ENTERED  2|0|07
FILED

FEB 1 3 2005

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

**Paul Hupp**

Debtor

BANKRUPTCY NO. **06-00198**

**Paul Hupp**

Plaintiff(s)

ADVERSARY NO. **06-90127** β

v.

**United States Aid Funds, Inc.**

Defendants(s)

## PRO HAC VICE APPLICATION AND ORDER THEREON

I, **J. Reed Clay, Jr.**, hereby petition the above-entitled Court to permit me to appear and participate in this case on behalf of [creditor/debtor(s) name(s)] **the United States of America** and in support of application state:

My residence address is _____

My office address is **1100 L Street NW, Rm. 10038, Washington, DC 20005**

My State Bar Membership Number is **N/A**

That, on **27 June 2006**, I was admitted to practice before **State of New York Supreme Court** and am currently in good standing and eligible to practice in said court;

That I am not currently suspended or disbarred in any other court;

That I [ ] (have) [✓] (have not) currently or within the year preceding this application made any pro hac application to this Court.

(If previous application made, complete the following)

Title of Case: _____

Case Number: _____  Date of Application: _____

Application [ ] granted  [ ] denied

Dated: 2/9/07

_____
Signature of Applicant

### ORDER

IT IS ORDERED that the pro hac application is hereby approved.

Dated: FEB 1 3 2007

_____
Judge, United States Bankruptcy Court

CSD 3005

CSD 3005 (Page 2) [06/30/04]

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| | |
|---|---|
| Name: | **Thomas Stahl** |
| Firm: | **United States' Attorney** |
| Address: | **880 Front Street, Rm. 6293, San Diego, CA 92101-8893** |
| State Bar Membership No.: | **California (No. 78-291)** |
| Telephone No.: | **(619) 557-7140** |

I hereby consent to the above designation.

DATED:   2/8/07

_____
Signature of Designee Attorney

Received, $180.00 for Court Library fee

_____
Deputy Clerk, United States District Court

RECEIVED
FEB 1 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY fees waived SD1 DEPUTY

## PRO HAC VICE (for this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, may upon written application and in the discretion of the Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if the attorney (1) resides in California, (2) is regularly employed in California, or (3) is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence, office address, and State Bar Membership Number; (2) by what court the attorney has been admitted to practice and the date of admission; (3) that the attorney is in good standing and eligible to practice in said court; (4) that the attorney is not currently suspended or disbarred in any other court; and (5) if concurrently or within the year preceding this current application the attorney made any pro hac vice application to this Court, the title and the number of each matter wherein application was made, the date of application, and whether or not the application was granted. The attorney shall also designate in the application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. The attorney shall file with such application the address, telephone number, and written consent of each designee.

Fee:   $180.00 Library fee, payable to Clerk, United States District Court
         Please complete and return the library card with this application.

Application, fee, and library card should be mailed directly to:

> Barry K. Lander, Clerk
> United States Bankruptcy Court
> 325 West "F" Street
> San Diego, California 92101-6991

CSD 3005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
GOVERNMENT ATTORNEY

APPLICANT ___J. Reed Clay Jr.___
(Please Print)

AGENCY __U.S. Department of Justice__
(Mailing Address)
___1100  L St NW , Rm 10038___

___Washington, DC    20005___

___(202) 307-0958___
(Telephone)

___R.Clay___
(Signature)

**FEES WAIVED**
While employed as a
U.S. Government Attorney

**Mail to:**

U.S. District Court
Clerk's Office
Attention: Attorney Admissions
880 Front Street, Suite 4290
San Diego, CA 92101-8000

::ODMA\PCDOCS\WORDPERFECT\23571\1 June 25, 1999 (11:00am)

1  J. Reed Clay, Jr.
   Peter Keisler
2  J. Christopher Kohn
   Tracy J. Whitaker
3  1100 L Street NW
   Rm. 10038
4  Washington, DC 20005

5  Corporate / Financial Litigation Section
   Commercial Litigation Branch
6  Civil Division
   U.S. Department of Justice
7  P.O. Box 875
   Ben Franklin Station
8  Washington, DC 20044
   (202) 307-0958
9
   Attorneys for:
10 UNITED STATES OF AMERICA

11                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
12
   In re                          )    Case No. 06-00198-B7
13                                 )    Adv. No. 06-90127-B7
   PAUL HUPP,                      )
14                                 )    **NOTICE OF MOTION AND**
              Debtor.              )    **EX PARTE MOTION**
15                                 )    **FOR ENLARGEMENT OF TIME TO**
                                   )    **INTERVENE AND RESPOND**
16                                 )    **TO PLAINTIFF'S MOTION**
                                   )    **FOR SUMMARY JUDGMENT.**
17 _____)
                                   )
18 PAUL HUPP,                      )
                                   )
19            Plaintiff,           )
                                   )
20 v.                              )
                                   )
21 EDUCATIONAL CREDIT              )
   MANAGEMENT CORP.,               )
22                                 )
              Defendant.           )
23 _____)

24
         TO THE HONORABLE PETER BOWIE, UNITED STATES BANKRUPTCY JUDGE,
25
   PLAINTIFF PAUL HUPP ("Plaintiff") PRO SE, AND EDUCATIONAL CREDIT
26
   MANAGEMENT CORPORATION, BY TIMOTHY P. BURKE :
27

28                                      1

1       PLEASE TAKE NOTICE that on February 16, 2007, the United States of America filed

2   its Motion for an Enlargement of Time to Intervene and Respond to Plaintiff's Motion for

3   Summary Judgment (the "Motion").  The Motion is filed pursuant to Fed. R. Bankr. P. 9006(b)

4   and Local Bankruptcy Rule 9013-6(1)(F).

5       The Motion is based upon the numerosity and novelty of the constitutional issues that

6   Plaintiff has raised.  Furthermore, the United States Department of Justice, as counsel on behalf

7   the United States of America, has internal procedures that must be followed in order to obtain the

8   approval of the Solicitor General for authority to intervene.  Those processes make it virtually

9   impossible for the United States to respond prior to the hearing set for February 26, 2007.

10      WHEREFORE, the United States respectfully requests that this Court grant its motion for

11  an enlargement of time to intervene and respond to Plaintiff's motion for summary judgment.

12  Specifically, the United States respectfully requests that the Court postpone the hearing on

13  Summary Judgment set for February 26, 2007 until at least May 2, 2007.  Further, it respectfully

14  requests a period of 45 days beginning February 26, 2007 to determine whether it will seek to

15  intervene and an additional seven (7) days therefrom to file its opposition to Plaintiff's Motion

16  for Summary Judgment, and for such other and further relief as the Court deems just and proper.

17

18  DATED: February 16, 2007

19                    By:  ___/s/ J. Reed Clay, Jr._____

20                      J. REED CLAY, JR.
                    PETER KEISLER

21                      J. CHRISTOPHER KOHN
                    TRACY J. WHITAKER

22

23                      Attorneys for:
                    The UNITED STATES OF AMERICA

24

25

26

27

28                                       2

1  J. Reed Clay, Jr.
   Peter D. Keisler
2  J. Christopher Kohn
   Tracy J. Whitaker
3  1100 L Street NW
   Rm. 10038
4  Washington, DC 20005

5  Corporate / Financial Litigation Section
   Commercial Litigation Branch
6  Civil Division
   U.S. Department of Justice
7  P.O. Box 875
   Ben Franklin Station
8  Washington, DC 20044
   (202) 307-0958

9

   Attorneys for:
10 UNITED STATES OF AMERICA

11              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF CALIFORNIA
12
   In re                        )   Case No. 06-00198-B7
13                              )   Adv. No. 06-90127-B7
   PAUL HUPP,                    )
14                              )
                Debtor.         )   MEMORANDUM OF POINTS AND
15                              )   AUTHORITIES ACCOMPANYING
                                )   UNITED STATES' EX
16                              )   PARTE MOTION FOR AN
                                )   ENLARGEMENT OF TIME TO
17                              )   INTERVENE AND RESPOND TO
                                )   PLAINTIFF'S MOTION
18  _____)   FOR SUMMARY JUDGMENT.
                                )
19                              )
   PAUL HUPP,                    )
20                              )
                Plaintiff,      )
21                              )
   v.                           )
22                              )
   EDUCATIONAL CREDIT            )
23 MANAGEMENT CORPORATION,       )
                                )
24              Defendant.       )
   _____)
25

26

27

28                              1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### This Court may enlarge the period of time in which the United States must respond to Plaintiff Paul Hupp's Motion for Summary Judgment.

The Federal Rules of Bankruptcy Procedure provide in pertinent part:

> when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of the court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .

Fed. R. Bankr. P. 9006(b)(1). The United States of America gives the following cause:

First, Mr. Hupp's Motion for Summary Judgment is complex both in the number of issues that it presents and the type of issues that it presents. Mr. Hupp provides no less than four grounds upon which § 523(a)(8) should be found unconstitutional. Furthermore, the Constitutional issues raised by Mr. Hupp are novel. To properly address such issues, the United States requests more time.

Second, the U.S. Department of Justice, as counsel for the United States of America, has certain lengthy internal processes that it must go through to obtain the approval of the Solicitor General for authority to intervene in cases, such as this one, where the United States is not originally a party-in-interest. The attorneys of record for the United States of America do not yet have the authority to intervene on the United States' behalf. As such, we respectfully request more time for these processes to be completed.

Third, nowhere in Mr. Hupp's complaint does he allege that § 523(a)(8) violates the Constitution. Mr. Hupp's notice to the United States at the Summary Judgment stage deprived the United States of valuable time needed to both obtain authority to intervene and respond adequately to Mr. Hupp's constitutional claims. Accordingly, the United States respectfully requests that it be given additional time to respond to Mr. Hupp's Motion for Summary Judgment

1   should it choose to intervene.

2

3                                    **II.**

4   **Local Bankruptcy Rule 9013-4 does not apply to the United States because**

5                    **the United States is not yet a party.**

6          On February 9, 2007, Plaintiff filed a Notice of Nonopposition by the United States

7   claiming that the United States had consented to Plaintiff's Motion for Summary Judgment by

8   failing to serve its opposition in a timely manner under Local Bankruptcy Rule 9013(1)(k).

9   Plaintiff likely refers to current Local Bankruptcy Rule 9013-4 governing the Time for Service of

10  Opposition.  Regardless, the United States does NOT consent to Plaintiff's Motion for Summary

11  Judgment.  Local Bankruptcy Rule 9013-4 does not apply to the United States because the United

12  States is not yet a party to this adversary proceeding.  Should the United States intervene,

13  pursuant to 28 U.S.C. 2403(a), only then would the United States be a party, with all of the

14  consequent rights and obligations.

15

16                                   **III.**

17                              **Conclusion**

18          For the reasons set forth herein, the United States respectfully requests that its Motion be

19  granted and that a hearing on Summary Judgment be postponed until at the earliest May 2, 2007.

20  Further, it respectfully requests that it be given a period of 45 days beginning February 26, 2007

21

22

23

24

25

26

27

28                                    3

1    to determine whether it will seek to intervene, and an additional seven (7) days therefrom to file

2    its opposition to Plaintiff's Motion for Summary Judgment, and for such other and further relief

3    as the Court deems just and proper.

4

5    DATED:    February 16, 2007

6

7                                               By:    /s/ J. Reed Clay, Jr.

8                                                      J. REED CLAY, JR.
                                                       PETER D. KEISLER
9                                                      J. CHRISTOPHER KOHN
                                                       TRACY J. WHITAKER
10
                                                       Attorneys for:
11                                                     The UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    4

ENTERED 2/23/07

FILED

FEB 23 2007

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re                             )    Case No. 06-00198-B7
                                  )    Adv. No. 06-90127-B7
PAUL HUPP,                        )
                                  )
                Debtor.           )    ORDER ON MOTION FOR
                                  )    ENLARGEMENT OF TIME
                                  )
                                  )
PAUL HUPP,                        )
                                  )
                Plaintiff,        )
                                  )
v.                                )
                                  )
UNITED STATES AID FUNDS, INC.,    )
                                  )
                Defendants.       )
                                  )

On October 18, 2006 plaintiff filed a notice of intent to

argue the unconstitutionality of 11 U.S.C. § 523(a)(8).  The only

person or entity served was ECMC.  Subsequently, on December 14,

2006, under the circumstances set out in the Court's

certification, the Court gave notice to the United States

pursuant to 28 U.S.C. § 2403.  The Court's chambers contacted the

United States Attorney's Office to ascertain who should be served

1  with the notification.   At the same time the Court continued the

2  hearing on plaintiff's summary judgment from December 18 to

3  February 26, 2007 to afford the United States time to determine

4  how it wished to proceed.

5      Then, on February 16 attorneys for the United States filed

6  the instant motion for enlargement of time asking for an

7  additional 45 days to decide whether to intervene, plus 7 days

8  thereafter to file any opposition.   Plaintiff has opposed the

9  motion.

10     A constitutional challenge to a statute of the United States

11 is always a serious matter, as evidenced by the provisions of

12 28 U.S.C. § 2403, and as recognized by plaintiff.   While the

13 Court is loath to drag this matter out further, a brief setting

14 forth the position of the United States on the constitutionality

15 of one of its statutes would be of assistance.

16     Accordingly, the hearing on plaintiff's motion for summary

17 judgment shall be continued to a future date to be noticed by the

18 Court, and will not be heard on February 26, 2007.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

-2-

1   The United States shall have until April 16, 2007 to notify

2   the Court of its intent to intervene.   If the United States

3   elects to intervene, any brief in opposition to plaintiff's

4   motion for summary judgment shall be filed and served on or

5   before April 30, 2007.

6   IT IS SO ORDERED.

7   DATED: FEB 2 3 2007

8

9   _____
    PETER W. BOWIE, Chief Judge
10  United States Bankruptcy Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 3 -

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re Adv. Case No. 06-90127-B7
Bankruptcy Case No. 06-00198-B7

### CERTIFICATE OF MAILING

The undersigned, a regularly appointed and qualified clerk in the
office of the United States Bankruptcy Court for the Southern
District of California, at San Diego, hereby certifies that a true
copy of the attached document, to wit:

ORDER ON MOTION FOR
ENLARGEMENT OF TIME

was enclosed in a sealed envelope bearing the lawful frank of the
Bankruptcy Judges and mailed to each of the parties at their
respective address listed below:

**Plaintiff:**

Paul Hupp
965 Hidden Oak Drive
Beaumont, CA 92223

**Attorney for Defendant:**

Timothy P. Burke, Esq.
Timothy P. Burke & Associates
A Professional Corporation
1136 Fremont Avenue, Suite 108
South Pasadena, CA 91030

**Attorneys for United States:**

J. Reed Clay, Jr., Esq.
Peter Keisler, Esq.
J. Christopher Kohn, Esq.
Tracy J. Whitaker, Esq.
United States Department of
  Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Tom C. Stahl, Esq.
Chief, Civil Division
Office of the United States
  Attorney
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8893

Said envelope(s) containing such document were deposited by me in
a regular United States mail box in the City of San Diego, in said
district on February 23, 2007.

*Barbara J. Kelly*
Barbara J. Kelly, Judicial Assistant



ENTERED 2/27/07

FILED

FEB 27 2007

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re

PAUL HUPP

        Debtor.

Bankruptcy No. 06-00198-B7

Adversary No.   06-90127-B7

PAUL HUPP,

        Plaintiff,

  v.

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

        Defendant.

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND NOTICE OF CONTINUED HEARING**

    It appearing that the Court has granted the United States of America until April 16, 2007, to notify the Court of its intent to intervene in the above entitled adversary proceeding.

    IT IS HEREBY ORDERED that should the United States intervene, any brief in opposition to the plaintiff's motion for summary judgment shall be filed and served on or before April 30, 2007.

1     Plaintiff's reply to the United States' brief in opposition, if any, shall be filed and served

2   on or before May 8, 2007.

3     The hearing previously set for February 26, 2007, is continued to May 11, 2007, at

4   10:00 a.m., in Department No. 4.

5     Dated:   FEB 2 7 2007

6

7

8                                   _____
                                    PETER W. BOWIE
9                                   Judge, United States Bankruptcy Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   06-00198-B7, 06-90127-B7
     HUPP v. UNITED STATES AID FUNDS, INC.
26   ORDER SETTING BRIEFING SCHEDULE ON

CSD 1195 [12/04/00]

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re      Bankruptcy No. 06-00198-B7, 06-90127-B7

## CERTIFICATE OF MAILING

The undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

### ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND NOTICE FO CONTINUED HEARING

was enclosed in a sealed envelope bearing the lawful frank of the bankruptcy judges and mailed to each of the parties at their respective addresses listed below:

Paul Hupp, 965 Hidden Oaks Dr., Beaumont, CA 92223

Timothy P. Burke, Timothy P. Burke & Associates, 1136 Fremont St., Ste. 108, South Pasadena, CA 91030

J. Reed Clay, Jr., 1100 L Street NW, Rm. 10038, Washington, DC 20005

Corporate/Financial Litigation Section, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, P.O. Box 875, Ben Franklin Station, Washington, DC 20044

Said envelope(s) containing such document was deposited by me in a regular United States Mail Box in the City of San Diego, in said District on <u>February 27, 2007</u>.

_____, Deputy Clerk
Marilyn Wilkinson

CSD 1195

1    J. Reed Clay, Jr.
     Peter Keisler
2    J. Christopher Kohn
     Tracy J. Whitaker
3    1100 L Street NW
     Rm. 10038
4    Washington, DC 20005

5    Corporate / Financial Litigation Section
     Commercial Litigation Branch
6    Civil Division
     U.S. Department of Justice
7    P.O. Box 875
     Ben Franklin Station
8    Washington, DC 20044
     (202) 307-0958
9

     Attorneys for:
10   UNITED STATES OF AMERICA

11               UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF CALIFORNIA
12

13   In re                           )    Case No. 06-00198-B7
                               )    Adv. No. 06-90127-B7
14   PAUL HUPP,                )
                               )    **NOTICE OF MOTION AND**
            Debtor.         )    **MOTION TO INTERVENE**
15                                )    **PURSUANT TO 28 U.S.C. § 2403(a)**
                               )
16   _____ )
                               )
17                                )
    PAUL HUPP,                )
18                                )
            Plaintiff,       )
19                                )
    v.                              )
20                                )
    EDUCATIONAL CREDIT       )
21   MANAGEMENT CORP.,      )
                               )
22            Defendant.      )
    _____ )
23

24        TO THE HONORABLE PETER BOWIE, UNITED STATES BANKRUPTCY JUDGE,

25   PLAINTIFF PAUL HUPP ("Plaintiff"), PRO SE, AND EDUCATIONAL CREDIT

26   MANAGEMENT CORPORATION ("Defendant"), BY TIMOTHY P. BURKE :

27

28                                     1

1    PLEASE TAKE NOTICE that on April 16, 2007, the United States of America, pursuant

2  to Fed. R. Civ. P. 24(a), as incorporated into the Bankruptcy Rules by Fed. R. Bankr. P. 7024,

3  files its Motion to Intervene Pursuant to 28 U.S.C. § 2403(a) (the "Motion").  The Motion is

4  based upon 28 U.S.C. § 2403(a) which grants the United States the opportunity to intervene, as a

5  matter of statutory right, for argument on the constitutionality of any Act of Congress.

6    WHEREFORE, the United States respectfully requests that this Court grant its motion to

7  intervene and for such other and further relief as the Court deems just and proper.

8

9  DATED:  April 16, 2007

10                                              By:      /s/ J. Reed Clay, Jr.
                                                         J. REED CLAY, JR.
11                                                       PETER KEISLER
                                                         J. CHRISTOPHER KOHN
12                                                       TRACY J. WHITAKER

13                                                       Attorneys for:
                                                         The UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

1   J. Reed Clay, Jr.
    Peter Keisler
2   J. Christopher Kohn
    Tracy J. Whitaker
3   1100 L Street NW
    Rm. 10038
4   Washington, DC 20005

5   Commercial Litigation Branch
    Civil Division
6   U.S. Department of Justice
    P.O. Box 875
7   Ben Franklin Station
    Washington, DC 20044
8   (202) 307-0958

9   Attorneys for:
    UNITED STATES OF AMERICA

10

                    UNITED STATES BANKRUPTCY COURT
11                  SOUTHERN DISTRICT OF CALIFORNIA

12  In re                              )   Case No. 06-00198-B7
                                       )   Adv. No. 06-90127-B7
13  PAUL HUPP,                         )
                                       )   **MEMORANDUM OF POINTS AND**
14              Debtor.                )   **AUTHORITIES ACCOMPANYING**
                                       )   **UNITED STATES' MOTION TO**
15                                     )   **INTERVENE PURSUANT TO 28 U.S.C.**
                                       )   **§ 2403(a).**
16  _____   )
                                       )
17  PAUL HUPP,                         )
                                       )
18              Plaintiff,             )
                                       )
19  v.                                 )
                                       )
20  UNITED STATES AID FUNDS, INC.,     )
                                       )
21              Defendant.             )
    _____   )

22

23          **MEMORANDUM OF POINTS AND AUTHORITIES**

24  **28 U.S.C. § 2403(a) grants the United States the statutory right to intervene and present**

25  **argument(s) on the constitutionality of any Act of Congress.**

26       The Federal Rules of Civil Procedure provide in pertinent part: "[u]pon timely application

27

28                                      1

1  anyone shall be permitted to intervene in an action: (1) when a statute of the United States

2  confers an unconditional right to intervene . . . ." Fed. R. Civ. P. 34(a). That rule is made·

3  applicable to adversary proceedings by Rule 7024 of the Federal Rules of Bankruptcy Procedure.

4  Title 28 U.S.C. § 2403(a) grants such a right to the United States where "the constitutionality of

5  any Act of Congress . . . is drawn into question . . . ."

6      Paul Hupp, the debtor in this case, has brought an adversary proceeding seeking to

7  discharge his student loan debt pursuant to 11 U.S.C. § 523(a)(8). The debtor has filed a notice

8  in that adversary proceeding expressing his intent to argue the unconstitutionality of § 523(a)(8)

9  and, indeed, has argued as much in his Motion for Summary Judgment, filed on November 27,

10 2006. As such, the United States should be permitted the opportunity to intervene for argument

11 on the question of constitutionality.

12

13                                   Conclusion

14      For the reasons set forth herein, the United States respectfully requests that its motion to

15 intervene be granted and for such other and further relief as the Court deems just and proper.

16

17 Dated:    April 16, 2007

18

19                          By:      /s/   J. Reed Clay, Jr.
                                     **J. REED CLAY, JR.**
20                                   **PETER D. KEISLER**
                                     **J. CHRISTOPHER KOHN**
                                     **TRACY J. WHITAKER**
21

22                                   Attorneys for:
                                     The UNITED STATES OF AMERICA

23

24

25

26

27

28                                      2

CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.
J. Reed Clay, Jr.
Peter Keisler
J. Christopher Kohn
Tracy J. Whitaker
U.S. Department of Justice, Civil Division
PO Box 875, Ben Franklin Station
Washington, DC 20044
(202)307-0958

Order Entered on
April 24, 2007
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

PAUL HUPP,
                                        Debtor.

BANKRUPTCY NO.  06-00198

PAUL HUPP,
                                        Plaintiff(s)

ADVERSARY NO.  06-90127

v.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION,
                                        Defendants(s)

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON UNITED STATES' MOTION TO INTERVENE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through ___2___ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. ___110___

//

//

//

//

DATED: April 24, 2007

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

___U.S. Department of Justice___

Judge, United States Bankruptcy Court

By: _/s/ J. Reed Clay, Jr.___
    Attorney for [X] Movant [ ] Respondent

CSD 3000A

CSD 3000A [11/15/04](Page 2)
ORDER ON UNITED STATES' MOTION TO INTERVENE
DEBTOR: PAUL HUPP

CASE NO.:06-00198
ADV. NO.:06-90127

The Court hereby grants the United States' Motion to Intervene to present argument on the question(s) of the constitutionality of 11 U.S.C. § 523(a)(8).

CSD 3000A

*Signed by Judge Peter W. Bowie April 24, 2007*