# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, <br><br>   Plaintiff, <br><br> vs. <br><br> EDUCATIONAL CREDIT MANAGEMENT CORPORATION, <br><br>   Defendant. | CASE NO. 08-CV-0414 H (RBB) <br><br> **ORDER (1) SETTING BRIEFING SCHEDULE; (2) WAIVING FILING FEE FOR APPEAL; AND (3) DENYING PLAINTIFF'S MOTION FOR CERTIFICATION OF DIRECT APPEAL** |

On February 26, 2008, Paul Hupp, plaintiff proceeding pro se, filed a notice of appeal in his bankruptcy case number 06-198-JM7, Adversary No. 06-90127-JM. (See Doc. No. 1.) The Court sets the following schedule for Plaintiff's appeal:

1. On or before May 16, 2008, Plaintiff shall file an appellate brief setting forth the grounds on which Plaintiff believes he is entitled to relief. The Court will treat the designation of record for direct appeal filed by Plaintiff in the bankruptcy court as Plaintiff's designation of record in this Court. (See Adv. No. 06-90127-JM7, Doc. No. 202.) To the extent supplemental designation is necessary, Plaintiff shall so indicate in his appellate brief.

2. No later than June 16, 2008, defendants/appellees shall file a response in opposition to Plaintiff's brief. Appellee the United States filed with the bankruptcy court a designation of additional items for the record on appeal. (Adv. No. 06-90127-JM7, Doc. No. 213.) The Court will treat that filing as the United States' designation of record in this Court.

To the extent defendants/appellees believe supplemental designation is necessary, defendants/appellees should so indicate in their brief(s).

    3.    Plaintiff may file a reply brief on or before June 23, 2008.

Failure to comply with this briefing schedule may result in dismissal of this appeal for lack of prosecution. The Court exercises its discretion pursuant to Local Civil Rule 7.1(d)(1) to decide this matter without oral argument.

Plaintiff has filed a request to proceed in forma pauperis on appeal. (See Doc. No. 4.) The Court grants Plaintiff's request pursuant to 28 U.S.C. § 1915(a)(1) and therefore permits this appeal without payment of the required filing fee. Plaintiff also requested an order "directing the production of transcripts." (See Doc. No. 11.) Under 28 U.S.C. § 1915(c) a court "may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court." The Court declines at this point to order the United States to pay for transcripts and therefore denies without prejudice Plaintiff's request.

Plaintiff also filed a request to certify a direct appeal to the United States Court of Appeals for the Ninth Circuit. (Doc. Nos. 2, 9.) The Court concludes that Plaintiff's request fails to establish that any of the factors set forth by 28 U.S.C. § 158(d)(2)(A) warrant certifying a direct appeal to the Ninth Circuit. Accordingly, the Court denies Plaintiff's request.

IT IS SO ORDERED.

DATED: April 17, 2008

                                          MARILYN L. HUFF, District Judge
                                          UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.