FILED

08 APR 21 PM 2: 36

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>Paul Hupp<br><br><div align="right">Debtor.</div> | BANKRUPTCY NO.  06-198-M7 |
| Paul Hupp (Appellant)<br><br><div align="right">Movant(s)</div> | ADV  06-90172<br><br>USDC 08CV414-H-RBB |
| v.<br>Educational Credit Management Corporation (Appellee)<br><div align="right">Respondent(s)</div> | BK APPEAL NO.    2<br>ASSIGNED TO JUDGE  James W. Meyers |

### NOTICE OF UNPERFECTED APPEAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

   Failure by the appellant to properly perfect this appeal for the reason(s) indicated below is delaying the administration of this bankruptcy estate.  Unless said appeal is finally decided or dismissed, the proceeding within which this appeal is pending cannot be closed.

[   ] Counsel for the appellant has not taken action to perfect this appeal as provided by Federal Rule of Bankruptcy Procedure 8006.

[   ] The Bankruptcy Court Reporter has advised that the Appellant has not requested transcripts for the related hearings or has failed to advance the costs of producing same.

   If applicable, please note that:

[   ] An objection to the appeal transmitted to the Bankruptcy Appellate Panel was filed and the appeal transferred to the United States District Court.

[ X ] The Appellant has failed to provide copies of all designated pleadings and documents pursuant to Federal Rule of Bankruptcy Procedure 8006.

   It is recommended that this matter be calendared for a hearing on notice to all parties in interest for the purpose of determining whether or not the appellant desires to perfect the appeal or if the appeal should be dismissed for lack of prosecution.

   You are hereby requested to file this Notice and return one conformed copy to the undersigned showing your filing date and the name of the Judge of the District Court to whom this appeal was assigned to this appeal.

DATED: April 21, 2008                    Barry K. Lander, Clerk

                                         By: _____ , Deputy Clerk
                                             Kurt Herbold

Copy sent to:
   Paul Hupp, 965 Hidden Oaks Drive, Beaumont, CA 92223,
   Fred Marinucci, Office of General Counsel, Dept. of Education, 400 Maryland Avenue, Rm. 6E105, Washington, D.C. 20202
   Timothy P. Burke, 1136 Fremont Street, Suite 108, South Pasadena, CA 91030,
   Mr. J. Reed Clay, Jr., Comm./Corp./Financial Litigation, Civil Div., P.O. Box 875, Ben Franklin Station, Washington, D.C. 20044
   United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

**FILE COPY**

CR

CSD 1258