Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
Plaintiff-Appellant
In Propria Persona

FILED
APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNK       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Paul Hupp,

    Plaintiff, Appellant

vs.

Educational Credit Management Corporation,
    Defendant, Appellee

)
) Case No.: 08-cv-00414-H
)
) {BK No.: 06-00198-JM7}
) {Adv. Pro. No.: 06-90127-JM7}
)
)
) PLAINTIFF PAUL HUPP'S NOTICE OF
) MOTION AND MOTION FOR NEW
) SCHEDULING ORDER; ORDER FOR
) PRODUCTION OF TRANSCRIPTS
)

TO THE HONORABLE MARILYN LOUISE HUFF, UNITED STATES DISTRICT COURT JUDGE, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, UNITED STATES OF AMERICA AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 27, 2008, at 10:30 AM, or as soon thereafter that this motion can be heard, at the United States Courthouse located at 940 Front Street, Courtroom 13, 5th Floor, San Diego, CA. 92101, Plaintiff Paul Hupp will ask this Court to 1) SET A NEW SCHEDULING ORDER, AND 2) ORDER PRODUCTION OF TRANSCRIPTS.

1   PLAINTIFF respectfully asks this Court to grant his motion and set a new scheduling
2  order and order a production of transcripts.
3
4
5   DATED: Tuesday, April 22, 2008
6
7                                                                              Paul Hupp
                                                                               965 Hidden Oaks Drive
8                                                                              Beaumont, CA. 92223
                                                                               Paulhupp@sdsualumni.org
9                                                                              (951) 769-1268
                                                                               *Plaintiff-Appellant*
10                                                                             *In Propria Persona*

-2-   Motion Notice