Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Paul Hupp,

    Plaintiff, Appellant

vs.

Educational Credit Management Corporation,
    Defendant, Appellee

) Case No.: 08-cv-00414-H
)
) {BK No.: 06-00198-JM7}
) {Adv. Pro. No.: 06-90127-JM7}
)
) PLAINTIFF PAUL HUPP'S POINTS AND
) AUTHORITIES SUPPORTING MOTION
) FOR NEW SCHEDULING ORDER; ORDER
) FOR PRODUCTION OF TRANSCRIPTS
)
) Action Filed: March 3, 2008
) Hon.: Marilyn Huff
) Hearing Date: May 27, 2008
) Time: 10:30AM
) Dept.: Courtroom 13, 5th Floor
)

TO THE HONORABLE MARILYN LOUISE HUFF, UNITED STATES DISTRICT COURT JUDGE, EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC"), UNITED STATES OF AMERICA ("USA") AND COUNSEL OF RECORD:

Plaintiff Paul Hupp ("Plaintiff/Mr. Hupp") hereby seeks a <u>new scheduling order</u> and an <u>order for production of transcripts</u> so he can properly prepare his appeal.

**<u>1. New Scheduling Order Required To Properly Prepare Opening Brief</u>**

On April 17, 2008, this Court entered a scheduling order setting a date of May 16, 2008 for Plaintiff's opening brief to be filed. Mr. Hupp as of the writing of this brief on April 23,

2008, still has not received his copy of that order, and did not receive notice until he spoke with the Court's clerk yesterday morning. That leaves a total of 23 days to prepare a complex brief citing extensive questions of law and judicial misconduct. 23 days is not enough time to properly prepare such a brief.

In addition the opposing parties have a full 30 days to prepare their opposition brief, again prejudicing Plaintiff and violating due process rights.

**2. Full transcripts Are Needed For a Proper Appeal**

Judge Huff refused to order a production of transcripts, but cites no reason for such action. The transcripts are an indispensable part of this case, indeed much of the erroneous "finding of facts" by Judge Meyers at the trial served as the foundation for his final order. Without access to transcripts, a right that any litigant with the proper funding would enjoy, Plaintiff cannot properly prepare his case. Again, this violates due process rights of Plaintiff.

PLAINTIIFF respectfully requests the court to extend the time to file the opening brief by 30 days AFTER the receipt of full transcripts, and direct an order for production of transcripts forthwith.

DATED: Tuesday, April 22, 2008

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

## DECLARATION OF SERVICE

I, Aristea Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My address is P.O. Box 91 Solana Beach, CA. 92075
4. I served a true and correct copy of THE FOLLOWING;

Plaintiff Paul Hupp's

1. PLAINTIFF PAUL HUPP'S NOTICE OF MOTION AND MOTION FOR NEW SCHEDULING ORDER; ORDER FOR PRODUCTION OF TRANSCRIPTS
2. PLAINTIFF PAUL HUPP'S POINTS AND AUTHORITIES SUPPORTING MOTION FOR NEW SCHEDULING ORDER; ORDER FOR PRODUCTION OF TRANSCRIPTS

ADDRESSED TO;

The United States District Court-Clerk
880 Front Street, Suite 4290
San Diego. CA. 92101-8900

Mr. Timothy P. Burke, Esq.
Timothy P. Burke and Associates
1136 Fremont Street
Suite 108
South Pasadena, California 91030

Mr. John Reed Clay, Jr.
U.S. Department of Justice
1100 L Street, NW, RM. 10038
Washington, D.C. 20005

By placing said document into the United States Postal Service at Beaumont, CA. with the postage fully prepaid on;

Tuesday, April 22, 2008

EXECUTED ON;

Tuesday, April 22, 2008
I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.
Declarant-Aristea Hupp_____