Monday, April 28, 2008

The United States District Court-Clerk
880 Front Street, Suite 4290
San Diego. CA. 92101-8900

```
FILED
MAY 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

      RE:    Hupp V. Educational Credit Management Corporation, 08-CV-00414 H
              Not Receiving Court Papers

Dear Clerk:

Please be advised that I am not receiving pleadings and orders from the Court in the above referenced case.

There has apparently been filed, at a minimum, Orders dated April 17, 2008 and April 24, 2008 from Judge Huff which I have not received as of today's date. I have in fact not received any filings from this Court despite the fact that there have been Proof of Service or Certificate of Mailing papers filed with these Orders.

Please check your internal mail system and see if these papers have been properly deposited or if there has been a break down somewhere. It is possible to have one of these Orders lost in the mail, but not two within a 7-day time span.

If possible please email me a copy of these filings as soon as possible at the email address below so I can properly prepare my case.

I would also like to formally request permission to be allowed access to the Court's Electronic Case Filing system, so I can view filed papers a soon as possible.

Thank you.

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

*Cc:*    Judge Marilyn Huff
         The United States District Court
         880 Front Street, Suite 4290
         San Diego. CA. 92101-8900