```
                              FILED
                           MAY 2 2 2008
                     CLERK, U.S. DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
                     BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, <br><br> Plaintiff, <br> vs. <br><br> EDUCATIONAL CREDIT MANAGEMENT CORPORATION, <br><br> Defendant. | CASE NO. 08-CV-0414 H (RBB) <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION RE OPENING BRIEF PAGE LIMIT AND FILING PLAINTIFF'S OPENING BRIEF ON APPEAL** |

On May 16, 2008, the Court received plaintiff Paul Hupp's opening brief on appeal, as well as an ex parte request by Plaintiff for leave to file a brief exceeding 25 pages. The Court grants Plaintiff's ex parte request and orders that the Clerk file the attached brief, nunc pro tunc May 16, 2008. The Court advises Plaintiff to keep his reply brief within the page limits set by the Local Rules, absent an order from the Court.

IT IS SO ORDERED.

DATED: 5/22/08

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.