1  J. REED CLAY, JR.
Trial Attorney
2  GREGORY G. KATSAS
Acting Assistant Attorney General
3  J. CHRISTOPHER KOHN
TRACY J. WHITAKER
4  1100 L Street NW
Rm. 10008
5  Washington, DC 20005
(202) 307-0958
6
Corporate / Financial Litigation Section
7  Commercial Litigation Branch
Civil Division
8  U.S. Department of Justice
P.O. Box 875
9  Ben Franklin Station
Washington, DC 20044
10
Attorneys for:
11  UNITED STATES OF AMERICA

12
UNITED STATES DISTRICT COURT
13                    SOUTHERN DISTRICT OF CALIFORNIA

14                                           ) CASE NO. 08-CV-0414 H
PAUL HUPP,                                   )
15                                           ) BANKRUPTCY CASE
       Plaintiff,                            ) NO: 06-90127-M7
16                                           )
v.                                           ) **UNITED STATES' MOTION FOR AN**
17                                           ) **EXTENSION OF TIME**
EDUCATIONAL CREDIT                           )
18  MANAGEMENT CORPORATION,                  )
                                             )
19     Defendant                             )
_____)
20

21       TO THE HONORABLE MARILYN L. HUFF, UNITED STATES DISTRICT COURT

22  JUDGE, PLAINTIFF PAUL HUPP ("Plaintiff") PRO SE, AND EDUCATIONAL CREDIT

23  MANAGEMENT CORPORATION, BY TIMOTHY P. BURKE :

24       PLEASE TAKE NOTICE that on May 28, 2008, the United States of America files its

25  Motion for an Extension of Time (the "Motion").  The Motion is filed pursuant to Fed. R. Civ.

26  P. 6(b).  The Motion is based upon the factual and legal statements contained in the United

27  States' Memorandum of Points and Authorities attached hereto.

28

1  WHEREFORE, the United States respectfully requests that this Court grant the United States an additional seven days to respond to Plaintiff's Opening Brief on Appeal.

DATED:  May 28, 2008

Respectfully submitted:

  /s/ J. Reed Clay, Jr.
J. REED CLAY, JR.
Trial Attorney
GREGORY G. KATSAS
Acting Assistant Attorney General
J. CHRISTOPHER KOHN
TRACY J. WHITAKER

Attorneys for:
The UNITED STATES of AMERICA

-2-