J. REED CLAY, JR.
Trial Attorney
GREGORY G. KATSAS
Acting Assistant Attorney General
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
1100 L Street NW
Rm. 10008
Washington, DC 20005
(202) 307-0958

Corporate / Financial Litigation Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Attorneys for:
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, | CASE NO. 08-CV-0414 H |
| Plaintiff, | BANKRUPTCY CASE NO: 06-90127-M7 |
| v. | **UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR AN EXTENSION OF TIME** |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | |
| Defendant | |

**INTRODUCTION**

The United States of America submits this Memorandum of Points and Authorities in Support of its Motion for an Extension of Time ("Memorandum").[1] This Memorandum demonstrates that cause exists because (i) the United States has yet to receive a mailed copy of the brief filed by Plaintiff, (ii) Plaintiff's brief was not docketed until seven days after it was filed, (iii) counsel's business schedule prevents him from being in the office the week preceding

---

[1] Plaintiff represented to counsel for the United States that he did not consent to the United States' Motion for an Extension of Time.

the deadline to file a response, and (iv) an adequate response to the large number of issues presented on appeal will require more time than is now available.

**ARGUMENT**

Fed. R. Civ. P. 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . ." The convergence of several different facts demonstrates that good cause exists to extend the deadline to file a response to Plaintiff's Opening Brief. First, counsel for the United States has yet to receive a mailed copy of the brief filed by Plaintiff. Counsel assumes that this is due to the long distance between Beaumont, CA and Washington, DC and the security measures in place at Department of Justice facilities.[2] Second, because mailed documents routinely take substantially longer to reach the desk of Justice Department counsel, attorneys for the Justice Department rely on electronic notification for prompt notification of court filings. Because the Plaintiff filed his Opening Brief simultaneously with a motion requesting permission to exceed the Court mandated 25-page limit on such briefs, the Opening Brief was not docketed and the United States did not receive notice until 7 days after Plaintiff's Opening Brief was filed. Third, due to a prior business engagement, counsel will be away from his office for the entire week preceding the deadline to file a response. Fourth, Plaintiff's Opening Brief presents many different issues to which the United States must respond. Any good faith response to the numerous issues presented by Plaintiff's Opening Brief requires more time than is now available.

---

[2] Although the United States has no reason to believe that Plaintiff's Brief was not served on it by mail, it did not find a Proof of Service entered along with the Brief.

# CONCLUSION

For the foregoing reason, the United States respectfully requests that this Court grant the United States an additional 7 days to respond to Plaintiff's Opening Brief.

DATED:    May 28, 2008

                                                  Respectfully submitted:

                                                  /s/ J. Reed Clay, Jr.
                                                  J. REED CLAY, JR.
                                                  Trial Attorney
                                                  GREGORY G. KATSAS
                                                  Acting Assistant Attorney General
                                                  J. CHRISTOPHER KOHN
                                                  TRACY J. WHITAKER

                                                  Attorneys for:
                                                  The UNITED STATES of AMERICA