1  J. REED CLAY, JR.
   Trial Attorney
2  GREGORY G. KATSAS
   Acting Assistant Attorney General
3  J. CHRISTOPHER KOHN
   TRACY J. WHITAKER
4  1100 L Street NW
   Rm. 10008
5  Washington, DC 20005
   (202) 307-0958
6
   Corporate / Financial Litigation Section
7  Commercial Litigation Branch
   Civil Division
8  U.S. Department of Justice
   P.O. Box 875
9  Ben Franklin Station
   Washington, DC 20044
10
   Attorneys for:
11 UNITED STATES OF AMERICA

12
                 UNITED STATES DISTRICT COURT
13               SOUTHERN DISTRICT OF CALIFORNIA

14                              )    CASE NO. 08-CV-0414 H
   PAUL HUPP,                   )
15                              )    BANKRUPTCY CASE
           Plaintiff,           )    NO: 06-90127-M7
16                              )
   v.                           )    **PROOF OF SERVICE**
17                              )
   EDUCATIONAL CREDIT           )
18 MANAGEMENT CORPORATION,      )
                                )
19         Defendant            )
                                )
20
                        **PROOF OF SERVICE**
21
       The undersigned hereby certifies that a true and correct copy of the United States'
22
   **Motion for an Extension of Time** was served on the 28th day of May, 2008, on the following
23
   person in the manner indicated:
24

25 *By FedEX:*
   PAUL HUPP (Plaintiff)
26 965 Hidden Oaks Drive
   Beaumont, CA 92223
27

28

*By ECF:*
TIMOTHY P. BURKE, ESQ.
Timothy P. Burke & Associates
1136 Fremont Ave, Ste. 108
South Pasadena, CA 91030
Tburke@tpblaw.com
Attorney for: EDUCATIONAL CREDIT MANAGEMENT CORPORATION (Defendant)

DATED:  May 28, 2008

By:     /s/ J. Reed Clay, Jr.
        J. REED CLAY, JR.
        Trial Attorney
        GREGORY G. KATSAS
        Acting Assistant Attorney General
        J. CHRISTOPHER KOHN
        TRACY J. WHITAKER

        Attorneys for:
        The UNITED STATES OF AMERICA