# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, <br><br> Plaintiff, <br> vs. <br><br> EDUCATIONAL CREDIT MANAGEMENT CORPORATION, <br><br> Defendant. | CASE NO. 08-CV-0414 H (RBB) <br><br> **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS** |

Plaintiff submitted to the Court the attached ex parte motion for leave to electronically file documents using the Court's Case Management/Electronic Case Filing (CM/ECF) system. The Court denies Plaintiff's ex parte motion. Pursuant to Section 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual, "[a] pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating [his] equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual."

///
///
///
///
///

1 | The Court concludes that Plaintiff's request does not meet these requirements, and
2 | therefore denies without prejudice Plaintiff's ex parte motion.
3 | IT IS SO ORDERED.
4 | DATED: 5/28/08

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.