Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Paul Hupp,<br><br>            Plaintiff, Appellant<br><br>     vs.<br><br>Educational Credit Management Corporation,<br>            Defendant, Appellee | Case No.: 08-cv-00414-H<br><br>{BK No.: 06-00198-JM7}<br>{Adv. Pro. No.: 06-90127-JM7}<br><br>PLAINTIFF PAUL HUPP'S *EX PARTE*<br>MOTION TO BE ALLOWED ELECTRONIC<br>CASE FILING (ECF) |

## Introduction

Plaintiff Paul Hupp hereby requests leave from the Court to be added onto the electronic case filing system (ECF). There have been two (2) orders originated by this court, both had supposedly been served through the U.S. Mail, Mr. Hupp received neither. Mr. Hupp had to write to the Clerk for copies, which came more than two (2) weeks after the first order was issued, prejudicing his case.

///

1

2    <u>DATED</u>: May 16, 2008

3

4                                              /s/ Paul Hupp
                                               Paul Hupp
5                                              965 Hidden Oaks Drive
                                               Beaumont, CA. 92223
6                                              Paulhupp@sdsualumni.org
                                               (951) 769-1268
7                                              *Plaintiff-Appellant*
                                               *In Propria Persona*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25