Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

FILED

2008 JUN -2 PM 2: 32

CLERK U.S. ...
SOUTHERN DISTRI...

BY_____ M__.DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | Case No.: 08-cv-00414-H |
| | {BK No.: 06-00198-JM7} |
| | {Adv. Pro. No.: 06-90127-JM7} |
| Paul Hupp, | |
| Plaintiff, Appellant | **PLAINTIFF PAUL HUPP'S SECOND *EX PARTE* MOTION TO BE ALLOWED ELECTRONIC CASE FILING (ECF)** |
| vs. | |
| Educational Credit Management Corporation, Defendant, Appellee | |

I.

Introduction

Plaintiff Paul Hupp hereby requests leave from the Court to be added onto the electronic case filing system (ECF). There have been two (2) orders originated by this court, both had supposedly been served through the U.S. Mail, Mr. Hupp received neither. Mr. Hupp had to write to the Clerk for copies, which came more than two (2) weeks after the first order was issued, prejudicing his case.

///

///

-1-     Paul Hupp
         Ex Parte Request For ECF

## II.
### Certification By Plaintiff

Plaintiff hereby certifies he has read and agrees to the Court's ECF Administrative Policies and Procedures manual, including Section 2. b (regarding *Pro Se* litigants). Plaintiff also certifies that he has access to the equipment and software needed for ECF

DATED: May 16, 2008

/s/ Paul Hupp
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*