## DECLARATION OF SERVICE

FILED

I, Aristea Hupp, declare the following;

2008 JUN -2 PM 2: 33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

1. I am over 18 years of age,
2. I am not a party to this action,
3. My address is P.O. Box 91 Solana Beach, CA. 92075
4. I served a true and correct copy of THE FOLLOWING;

BY _____ /s/ _____ DEPUTY

Plaintiff Paul Hupp's

1. **PLAINTIFF PAUL HUPP'S OBJECTION TO USA'S MOTION FOR EXTENSION OF TIME**
2. **PLAINTIFF PAUL HUPP'S SECOND *EX PARTE* MOTION TO BE ALLOWED ELECTRONIC CASE FILING (ECF)**

ADDRESSED TO;

The United States District Court-Clerk
880 Front Street, Suite 4290
San Diego. CA. 92101-8900

Mr. Timothy P. Burke, Esq.
Timothy P. Burke and Associates
1136 Fremont Street
Suite 108
South Pasadena, California 91030

Mr. John Reed Clay, Jr.
U.S. Department of Justice
1100 L Street, NW, RM. 10038
Washington, D.C. 20005

By placing said document into the United States Postal Service at Beaumont, CA. with the postage fully prepaid on;

Thursday, May 29, 2008

EXECUTED ON:
Thursday, May 29, 2008

I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct
Declarant-Aristea Hupp                                            /s/ Aristea Hupp