# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, <br><br> Plaintiff, <br> vs. <br><br> EDUCATIONAL CREDIT MANAGEMENT CORPORATION, <br><br> Defendant. | CASE NO. 08-CV-0414 H (RBB) <br><br> **ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME** |

On May 28, 2008, defendant the United States filed a motion for an extension of time to respond to Plaintiff's opening brief on appeal. (Doc. No. 23.) Plaintiff opposes an extension. (Doc. No. 27.) The Court received Plaintiff's opening brief on May 16, 2008, but the brief did not appear on the Court's electronic docket until May 23, 2008. The Court for good cause shown grants the United States' motion and modifies the briefing schedule as follows:

1. No later than June 23, 2008, defendants/appellees shall file a response in opposition to Plaintiff's opening brief on appeal.

2. Plaintiff may file a reply brief on or before June 30, 2008.

IT IS SO ORDERED.

DATED: June 11, 2008

*/s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT