| | |
|---|---|
| 1 | REED CLAY, JR. |
| | Trial Attorney |
| 2 | GREGORY G. KATSAS |
| | Acting Assistant Attorney General |
| 3 | J. CHRISTOPHER KOHN |
| | TRACY J. WHITAKER |
| 4 | 1100 L Street NW |
| | Rm. 10008 |
| 5 | Washington, DC 20005 |
| | (202) 307-0958 |

Corporate / Financial Litigation Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Attorneys for:
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, | CASE NO: 08-CV-0414 H |
| Plaintiff, | BANKRUPTCY CASE NO: 06-90127-M7 |
| v. | **PROOF OF SERVICE** |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | |
| Defendant. | |

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the United States' **RESPONSE TO APPELLANT'S OPENING BRIEF ON APPEAL** was served on the 23rd day of June, 2008, on the following person in the manner indicated:

*By FedEX:*
PAUL HUPP (Plaintiff)
965 Hidden Oaks Drive
Beaumont, CA 92223

*By ECF:*
TIMOTHY P. BURKE, ESQ.
Timothy P. Burke & Associates
1136 Fremont Ave, Ste. 108
South Pasadena, CA 91030
Tburke@tpblaw.com
Attorney for: EDUCATIONAL CREDIT MANAGEMENT CORPORATION (Defendant)

DATED:  June 23, 2008

                                                  By:    /s/ J. Reed Clay, Jr.
                                                            J. REED CLAY, JR.
                                                            Trial Attorney
                                                            GREGORY G. KATSAS
                                                            Acting Assistant Attorney General
                                                            J. CHRISTOPHER KOHN
                                                            TRACY J. WHITAKER

                                                            Attorneys for:
                                                            The UNITED STATES OF AMERICA