Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Hupp,<br><br>　　　　Plaintiff, Appellant<br><br>　vs.<br><br>Educational Credit Management Corporation,<br>　　　　Defendant, Appellee | Case No.: 08-cv-00414-H<br><br>{BK No.: 06-00198-JM7}<br>{Adv. Pro. No.: 06-90127-JM7}<br><br>PLAINTIFF PAUL HUPP'S REQUEST FOR LEAVE FROM COURT TO FILE CLOSING BRIEF EXCEEDING PAGE LIMITS |

<u>Introduction</u>

Plaintiff Paul Hupp hereby requests leave from the Court to file a closing brief that exceeds page limits by no more than 5 pages.

<u>DATED</u>: June 24, 2008

/s/ Paul Hupp
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
Paulhupp@sdsualumni.org
(951) 769-1268
*Plaintiff-Appellant*
*In Propria Persona*

## DECLARATION OF SERVICE

I, Aristea Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My address is P.O. Box 91 Solana Beach, CA. 92075
4. I served a true and correct copy of THE FOLLOWING;

Plaintiff Paul Hupp's

1. PLAINTIFF PAUL HUPP'S REQUEST FOR LEAVE FROM COURT TO FILE CLOSING BRIEF EXCEEDING PAGE LIMITS

ADDRESSED TO;

The United States District Court-Clerk
880 Front Street, Suite 4290
San Diego. CA. 92101-8900

Mr. Timothy P. Burke, Esq.
Timothy P. Burke and Associates
1136 Fremont Street
Suite 108
South Pasadena, California 91030

Mr. John Reed Clay, Jr., Esq.
U.S. Department of Justice
1100 L Street, NW, RM. 10038
Washington, D.C. 20005

By placing said document into the United States Postal Service at Beaumont, CA. with the postage fully prepaid on;

Tuesday, June 24, 2008

EXECUTED ON:
Tuesday, June 24, 2008

I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.
Declarant-Aristea Hupp_____/s/ Aristea Hupp