1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| PAUL HUPP ,                        Plaintiff,<br><br>          vs.<br><br>EDUCATIONAL CREDIT<br>MANAGEMENT CORPORATION,<br><br>                            Defendant. | CASE NO. 08-CV-0414 H (RBB)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE CLOSING BRIEF EXCEEDING PAGE LIMITS** |

11
12
13
14
15
16
17          The Court grants for good cause plaintiff Paul Hupp's request for leave to file a brief

18   that exceeds by no more than five pages the page limits set by the Court's local rules.  (Doc.

19   No. 35.)

20   IT IS SO ORDERED.

21   DATED:  July 7, 2008

22
23                                    MARILYN L. HUFF, District Judge
                                     UNITED STATES DISTRICT COURT
24
25   COPIES TO:
     All parties of record.
26
27
28