# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, | CASE NO. 08-CV-0414 H (RBB) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S SECOND EX PARTE MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS** |
| vs. | |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | |
| Defendant. | |

Plaintiff has filed an ex parte motion for leave to electronically file documents using the Court's Case Management/Electronic Case Filing (CM/ECF) system. (Doc. No. 28.) This is the second such request from Plaintiff. On May 28, 2008, the Court denied without prejudice Plaintiff's first request because Plaintiff's ex parte motion failed to comply with section 2(b) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which states, "[a] pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating [his] equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual."

The Court concludes that Plaintiff's second ex parte motion also fails to comply with those requirements. Plaintiff's motion, which simply states that Plaintiff "requests leave from the Court to be added onto the electronic case filing system," fails to state Plaintiff's equipment

1 and software capabilities and does not state Plaintiff's agreement to follow all rules and
2 policies in the CM/ECF Administrative Policies and Procedures Manual. The Court notes that
3 it already has received all briefing and other filings related to Plaintiff's bankruptcy appeal
4 before this Court. Accordingly, the Court concludes that Plaintiff fails to demonstrate good
5 cause to be granted leave to electronically file further documents.

6 IT IS SO ORDERED.

7 DATED: July 23, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.