# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Paul Hupp

v.

Educational Credit Managemetn Corporation

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08-CV-0414-H (RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court affirms in its entirety the decision of the bankruptcy court. The Clerk of Court shall close this case.

| August 15, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Garcia |
| | (By) Deputy Clerk |
| | ENTERED ON August 15, 2008 |