# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP,<br><br>                Plaintiff,<br>vs.<br><br>EDUCATIONAL CREDIT<br>MANAGEMENT CORPORATION,<br><br>                Defendant. | CASE NO. 08-CV-0414 H (RBB)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO BE ALLOWED ACCESS TO THE ELECTRONIC FILING SYSTEM**<br><br>[Doc. No. 38.] |

On July 30, 2008, Plaintiff filed an ex parte motion to be allowed access to the Court's electronic filing system. (Doc. No. 38.) In accordance with section 2(b) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, Plaintiff certified that he has read and agrees to the applicable rules, and that he has access to the necessary equipment and software. (Id.) Accordingly, the Court grants Plaintiff's motion.

IT IS SO ORDERED.

DATED: August 18, 2008

                                                  _____<br>
                                                  MARILYN L. HUFF, District Judge<br>
                                                  UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.